IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN MAXIME SIMILIEN and JAY A. JENKS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAPA GINO'S, INC., and PAPA GINO'S HOLDINGS CORP.,<br><br>Defendants. | CIVIL ACTION No. 1:14-cv-13192-PBS |

## NOTICE OF SETTLEMENT

Plaintiffs' Jean Maxime Similien and Jay A. Jenks ("Plaintiffs") and Defendants Papa Gino's, Inc., and Papa Gino's Holdings Corp. ("Defendants") (collectively, the "Parties"), by and through their undersigned attorneys, hereby notify the Court that the Parties have reached a preliminary settlement in the above-referenced matter to resolve it in its entirety.  As the Parties are currently negotiating the full terms and conditions of their agreement, the Parties respectfully request that the Court:  (1) discontinue the case without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days; (2) suspend all pending deadlines; and (3) adjourn all scheduled conferences.

If the above meets with the Court's approval, a "So Ordered" line is provided at the bottom for the Court's convenience.  We thank you for your consideration of this matter.

Dated: March 24, 2015
Boston, Massachusetts

| FOGELMAN & FOGELMAN, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| /s/ Matthew J. Fogelman | /s/ Lisa Stephanian Burton |
| Matthew J. Fogelman (BBO# 653916) | Lisa Stephanian Burton (BBO# 562096) |
| 100 Wells Avenue | Emma D. Hall (BBO# 687947) |
| Newton, MA 02459 | One Federal Street |
| Telephone: 617-559-1530 | Boston, MA 02110-1726 |
| mjf@fogelmanlawfirm.com | Telephone: 617-341-7700 |
| | Facsimile: 617-341-7701 |
| Attorneys for Plaintiffs | lburton@morganlewis.com |
| | ehall@morganlewis.com |

Christopher A. Parlo (admitted pro hac vice)
101 Park Avenue
New York, NY 10178
Telephone: 212-309-6000
Facsimile: 212-309-6001
cparlo@morganlewis.com

Attorneys for Defendants

SO ORDERED:

_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2015, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered for ECF service.

                              */s/ Lisa Stephanian Burton*
                              Lisa Stephanian Burton

DB3/ 200120045.1