UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MIDDLE DIVISION

JEAN MAXIME SIMILIEN and JAY A.
JENKS, on behalf of themselves and all others
similarly situated,

       Plaintiffs,

v.

PAPA GINO'S, INC., PAPA GINO'S
HOLDINGS CORP.

       Defendants.

CIVIL ACTION NO. 1:14-cv-13192-PBS

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jean Maxime

Similien and Jay A. Jenks ("Plaintiffs") and Defendants Papa Gino's Inc. and Papa Gino's

Holdings Corp., hereby stipulate that all of their claims in this action are hereby dismissed with

prejudice, and that the action is dismissed, with each party bearing its own costs, and Plaintiffs

Similien and Jenks waiving all rights of appeal.

STIPULATED AND AGREED:

FOGELMAN & FOGELMAN, LLC

By:_____*/s/ Matthew J. Fogelman*_____
    Matthew J. Fogelman

100 Wells Avenue
Newton, MA 02459
Tel: (617) 559-1530
Fax: (617) 505-1540
mjf@fogelmanlawfirm.com

MORGAN, LEWIS & BOCKIUS LLP

By:_____
    Christopher A. Parlo

101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
cparlo@morganlewis.com



Counsel for Plaintiffs Jean Maxime Similien
and Jay A. Jenks
Dated: May 20, 2015

Lisa Stephanian Burton
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
Fax: (617) 341-7701
lburton@morganlewis.com

Counsel for Defendants Papa Gino's, Inc. and
Papa Gino's Holdings Corp.
Dated: May 20, 2015

APPROVED AND SO ORDERED THIS $22$DAY OF $\text{May}$ 2015:

Honorable Patti B. Saris